# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **DANIEL GONZALEZ,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 09-cv-496-slc |
| **GREG VAN RYBROEK, Director,** Mendota Mental Health Institute, | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Daniel Gonzalez for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is

DISMISSED WITH PREJUDICE.

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**                                                                                              **9/18/09**
_____                                                             _____
**by Deputy Clerk**                                                                                              **Date**